1  KATHRYN KENEALLY
   Assistant Attorney General
2
   LAUREN M. CASTALDI
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Washington, D.C.  20044
5  202-514-9668 (v)
   202-307-0054 (f)
6  Lauren.M.Castaldi@tax.usdoj.gov

7  Of Counsel:
   BENJAMIN B. WAGNER
8  United States Attorney
   Eastern District of California

   IN THE UNITED STATES DISTRICT COURT FOR THE
   EASTERN DISTRICT OF CALIFORNIA

   OMEGA WASTE MANAGEMENT, INC.,   )
   ROBERT E. O'CONNOR, and          )   Case No. 2:14-cv-00058-WBS-CMK
   KAREN M. O'CONNOR,               )
                                    )   **STIPULATION TO DISSOLVE THE**
       Plaintiffs,                  )   **TEMPORARY RESTRAINING**
                                    )   **ORDER AND DISMISS THE**
       v.                           )   **REQUEST FOR INJUNCTIVE**
                                    )   **RELIEF**
   U.S. DEPARTMENT OF THE TREASURY- )
   INTERNAL REVENUE SERVICE, and    )
   AMERICAN WEST BANK,              )
                                    )
       Defendants.                  )
   _____   )

   Plaintiffs Omega Waste Management, Inc., Robert O'Connor, and Karen O'Connor and

   Defendants the United States Department of Treasury –Internal Revenue Service, and American

   West Bank, by and through undersigned counsel, stipulate as follows:

   1.   The parties have resolved the matters before this Court and Plaintiffs no longer

   wish to seek injunctive relief.

   1

2. Should any Temporary Restraining Order remain in place at the present, the parties stipulate that it be dissolved.

3. The parties stipulate that the Plaintiffs' complaint for injunctive relief be dismissed.

All Plaintiffs and Defendants so stipulate and request an order in accordance with the foregoing.

DATED this 21st day of January, 2014.

                                                Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General

*/s/ Lauren M. Castaldi*
LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-9668 (v)
202-307-0054 (f)
Lauren.M.Castaldi@usdoj.gov
*Counsel for the United States*

*/s/ Kevin J. Sweeney*   .
KEVIN J. SWEENEY
Kevin J. Sweeney
Law Office of Kevin Sweeney
20 Independence Circle
Chico, CA 95973
*Counsel for Plaintiffs Omega Waste management, Inc., Robert O'Connor, and Karen O'Connor*

*/s/ Craig M. Moore*   .
CRAIG M. MOORE
Craig M. Moore
SVP – Deputy General Counsel
American West Bank
41 W. Riverside Ave., Suite 210
Spokane, WA  99201
*Counsel for American West Bank*

ORDER

Pursuant to the foregoing stipulation, any Temporary Restraining Order in place at the present is dissolved.  Plaintiff's complaint for injunctive relief is dismissed.

IT IS SO ORDERED.

Dated:  January 22, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January 2014, I have mailed the foregoing **STIPULATION TO DISSOLVE THE TEMPORARY RESTRAINING ORDER AND DISMISS THE REQUEST FOR INJUNCTIVE RELIEF** by United States Postal Service to the following:

Kevin J. Sweeney
Law Office of Kevin Sweeney
20 Independence Circle
Chico, CA 95973

Craig M Moore
SVP – Deputy General Counsel
American West Bank
41 W. Riverside Ave., Suite 210
Spokane, WA  99201

                               */s/ Lauren M. Castaldi*
                               LAUREN M. CASTALDI
                               Trial Attorney
                               United States Department of Justice, Tax Division